IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. _____ |
| ) | |
| COBALT PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendant. ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF MERCK & CO., INC.**

Merck & Co., Inc. is publicly traded on the New York Stock Exchange. It has no parent corporation and no publicly held corporation owns more than 10% of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
  Attorneys for Plaintiff
  Merck & Co., Inc.

OF COUNSEL:

John F. Lynch
Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
HOWREY LLP
750 Bering Drive
Houston, TX 77057-2198
(713) 787-1400

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889-0100

Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ 07065-0907
(732) 594-4000

June 6, 2005
468499

Case 1:05-cv-00366-JJF    Document 2    Filed 06/06/2005    Page 2 of 2

2