AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

ORIGINAL

DISTRICT OF **DELAWARE**    05-366

MERCK & CO., INC.,

    Plaintiff,

v.

COBALT PHARMACEUTICALS, INC.,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-366

TO: COBALT PHARMACEUTICALS, INC.
c/o Secretary of State
401 Federal Street, Suite 4
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

    Mary B. Graham (#2256)
    James W. Parrett, Jr. (#4292)
    Morris, Nichols, Arsht & Tunnell
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    (302) 658-9200

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO    JUN 0 6 2005

_____    _____
CLERK    DATE

_Evette Watson_
BY DEPUTY CLERK

468505

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/7/05 |
| NAME OF SERVER (PPJNT) KEVIN S DUNN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: COBALT PHARMACEUTICALS, INC C/O DELAWARE SECRETARY OF STATE TOWNSEND BLDG. DOVER DE COPIES THEREOF WERE ACCEPTED BY MARTINA MARTIN (PROCESS AGENT)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/7/05
         Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.