IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-366 (JJF) |
| COBALT PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER TO EXTEND
AS TO COBALT PHARMACEUTICALS, INC.**

IT IS HEREBY STIPUALTED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which defendant Cobalt Pharmaceuticals, Inc. shall answer, move, or otherwise respond to plaintiff's complaint is hereby extended to and including July 25, 2005.

Dated: June 24, 2005

*(signature)*

Mary B. Graham #2256
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiff
Merck & Co., Inc.*

Dated: June 24, 2005

*(signature)*

Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
*Attorneys for Defendant
Cobalt Pharmaceuticals, Inc.*

**SO ORDERED** this ____ day of _____, 2005.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge