## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-366 (JJF) |
| COBALT PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION AND ORDER TO EXTEND
## AS TO COBALT PHARMACEUTICALS, INC.

IT IS HEREBY STIPUALTED AND AGREED, by and between counsel for the

parties and subject to the approval of the Court, that the time by which defendant Cobalt

Pharmaceuticals, Inc. shall answer, move, or otherwise respond to plaintiff's complaint is hereby

extended to and including September 2, 2005.


Dated: July 19, 2005                           Dated:  July 19, 2005


___/s/ James W. Parrett, Jr._____          ____/s/ Mary B. Matterer_____
Mary B. Graham #2256                          Mary B. Matterer # 2696
James W. Parrett, Jr. #4292                   MORRIS JAMES HITCHENS & WILLIAMS LLP
MORRIS, NICHOLS, ARSHT & TUNNELL              222 Delaware Avenue, 10th Floor
1201 N. Market Street                         Wilmington, DE 19801
P.O. Box 1347                                 (302) 888-6800
Wilmington, DE 19899-1347                     *Attorneys for Defendant*
(302) 658-9200                                *Cobalt Pharmaceuticals, Inc.*
*Attorneys for Plaintiff*
*Merck & Co., Inc.*


   **SO ORDERED** this ____ day of _____, 2005.


                                   _____
                                   Honorable Joseph J. Farnan, Jr.
                                   United States District Judge