## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| COBALT PHARMACEUTICALS INC., | )   Civil Action No. 05-366 (JJF) |
| | ) |
| | )   ORAL ARGUMENT REQUESTED |
| Defendant. | ) |
| | ) |

**COBALT PHARMACEUTICALS INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND/OR IMPROPER SERVICE**

Defendant Cobalt Pharmaceuticals Inc. ("Cobalt") hereby moves, before the Honorable Joseph J. Farnan, United States District Judge, for an order pursuant to Rules 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure dismissing the Complaint for lack of personal jurisdiction and/or improper service, and granting such other and further relief as this Court deems just and proper. Cobalt relies on the accompanying memorandum in support, declaration of Ian Jacobson, and declaration of Mary B. Matterer being filed contemporaneously herewith.

Dated: September 2, 2005

By: _/s/ Mary B. Matterer_
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Of Counsel:
William A. Rakoczy
Jane J. Jaang
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Telephone: (312) 222-6301
Facsimile: (312) 222-6321
wrakoczy@rmmslegal.com

**Attorneys for Defendant
Cobalt Pharmaceuticals Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September, 2005, I electronically filed the foregoing document, **COBALT PHARMACEUTICALS INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND/OR IMPROPER SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Mary B. Graham, Esq.
James W. Parrett, Jr. Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 2nd day of September, 2005, the foregoing document was served via federal express on the following non-registered participants:

John F. Lynch, Esq.
Nicholas G. Barzoukas
Howrey LLP
750 Bering Drive
Houston, TX  77057-2198
713.787.1400

Dated: September 2, 2005        /s/ Mary B. Matterer
　　　　　　　　　　　　　　　　Richard K. Herrmann #405
　　　　　　　　　　　　　　　　Mary B. Matterer #2696
　　　　　　　　　　　　　　　　MORRIS JAMES HITCHENS &
　　　　　　　　　　　　　　　　WILLIAMS LLP
　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

*Counsel for Cobalt Pharmaceuticals Inc.*