IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| COBALT PHARMACEUTICALS INC., | ) | Civil Action No. 05-366 (JJF) |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF MARY B. MATTERER

I, Mary B. Matterer, declare as follows:

1. I am a partner of the law firm of Morris, James, Hitchens & Williams LLP, counsel for the Defendant Cobalt Pharmaceuticals Inc. ("Cobalt").

2. I have personal knowledge of the facts stated in this Declaration and am competent to testify to the same.

3. The purpose of this Declaration is to authenticate and provide to the Court certain documents relied upon and cited in Cobalt's Motion to Dismiss.

4. Attached hereto as Exhibit A is a true and correct copy of the Complaint in this matter, filed in this District on June 7, 2005. The exhibits to that Complaint are not attached.

5. Attached hereto as Exhibit B is a true and correct copy of a Complaint filed on June 8, 2007, in the Eastern District of Virginia, in case no. 05-675, captioned *Merck & Co., Inc. v. Cobalt Pharmaceuticals Inc.* The exhibits to that Complaint are not attached.

6. Attached as Exhibit C is a true and correct copy of the Answer, Affirmative Defenses, and Counterclaims of Cobalt Pharmaceuticals Inc., filed on September 1, 2005, in *Merck & Co., Inc. v. Cobalt Pharmaceuticals Inc.*, No. 05-675 (E. D. Va.).

7. Attached as Exhibit D is a true and correct copy of *Saft America, Inc. v. Ovonic Battery Co.*, No. CIV. A. 95-430-SLR, 1996 WL 190008 (D. Del. Mar. 25, 1996).

Dated: September 2, 2005

By: /s/ Mary Matterer
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Of Counsel:
William A. Rakoczy
Jane J. Jaang
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Telephone: (312) 222-6301
Facsimile: (312) 222-6321
wrakoczy@rmmslegal.com

**Attorneys for Defendant
Cobalt Pharmaceuticals Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2005, I electronically filed the foregoing document, **DECLARATION OF MARY B. MATTERER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Mary B. Graham, Esq.
James W. Parrett, Jr. Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 2nd day of September, 2005, the foregoing document was served via federal express on the following non-registered participants:

John F. Lynch, Esq.
Nicholas G. Barzoukas
Howrey LLP
750 Bering Drive
Houston, TX 77057-2198
713.787.1400


Dated: September 2, 2005         /s/ Mary B. Matterer
                                 Richard K. Herrmann #405
                                 Mary B. Matterer #2696
                                 MORRIS JAMES HITCHENS &
                                 WILLIAMS LLP
                                 222 Delaware Avenue, 10th Floor
                                 Wilmington, DE 19801
                                 (302) 888-6800
                                 mmatterer@morrisjames.com

                                 *Counsel for Cobalt Pharmaceuticals Inc.*