**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MERCK & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-366 (JJF) |
| COBALT PHARMACEUTICALS INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF**
**<u>COBALT PHARMACEUTICALS, INC.</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cobalt Pharmaceuticals Inc. ("Cobalt") states that it is wholly owned by Arrow Pharmaceuticals Inc., a Canadian corporation. There is no publicly-held corporation that owns any percentage of Cobalt.

Dated: September 2, 2005

By: <u>  /s/ Mary B. Matterer  </u>
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Of Counsel:
William A. Rakoczy
Jane J. Jaang
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois  60610
Telephone: (312) 222-6301
Facsimile: (312) 222-6321
wrakoczy@rmmslegal.com

**Attorneys for Defendant**
**Cobalt Pharmaceuticals Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September, 2005, I electronically filed the foregoing document, **CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF COBALT PHARMACEUTICALS INC.,** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Mary B. Graham, Esq.
James W. Parrett, Jr. Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 2nd day of September, 2005, the foregoing document was served via federal express on the following non-registered participants:

John F. Lynch, Esq.
Nicholas G. Barzoukas
Howrey LLP
750 Bering Drive
Houston, TX  77057-2198
713.787.1400

Dated: September 2, 2005         ___/s/ Mary B. Matterer___
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
mmatterer@morrisjames.com

*Counsel for Cobalt Pharmaceuticals Inc.*