UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MERCK & CO., INC.,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 05-366 (JJF) |
| **COBALT PHARMACEUTICALS INC.,** | ) ) ORAL ARGUMENT REQUESTED |
| Defendant. | ) ) ) |

**COBALT PHARMACEUTICALS INC.'S
ALTERNATIVE MOTION OF TO TRANSFER**

Defendant Cobalt Pharmaceuticals Inc. hereby moves, pursuant to 28 U.S.C. § 1404(a), to transfer this action to the United States District Court for Eastern District of Virginia (where an identical action is pending and the parties are at issue on the merits), in the event this Court denies Cobalt's motion to dismiss for lack of personal jurisdiction and/or improper service, filed September 2, 2005. (D.I. 7-8). The grounds for this motion are fully set forth in the accompanying memorandum in support and are further supported by the declaration of Mary B. Matterer, filed contemporaneously herewith.

Dated: September 9, 2005.

By: _/s/ Mary B. Matterer_
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Of Counsel:
William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Telephone: (312) 222-6301
Facsimile: (312) 222-6321
wrakoczy@rmmslegal.com

**Attorneys for Defendant
Cobalt Pharmaceuticals Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2005, I electronically filed the foregoing document, **COBALT PHARMACEUTICALS INC.'S ALTERNATIVE MOTION TO TRANSFER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Mary B. Graham, Esq.
James W. Parrett, Jr. Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 9th day of September, 2005, the foregoing document was served via federal express on the following non-registered participants:

John F. Lynch, Esq.
Nicholas G. Barzoukas
Howrey LLP
750 Bering Drive
Houston, TX 77057-2198
713.787.1400

Dated: September 9, 2005

/s/ *Mary B. Matterer*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Counsel for Cobalt Pharmaceuticals Inc.*