### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | )    C.A. No. 05-366 (JJF) </br> ) |
| COBALT PHARMACEUTICALS, INC., | ) </br> ) |
| Defendant. | ) </br> ) </br> ) </br> ) |

### STIPULATION OF DISMISSAL

WHEREAS Merck & Co., Inc. filed the Complaint in this action on June 6, 2005 against Cobalt Pharmaceuticals, Inc. ("Cobalt");

WHEREAS Merck also filed a substantially-identical complaint against Cobalt in the Eastern District of Virginia, C.A. No. 05-675;

WHEREAS Cobalt has filed a motion to dismiss this Delaware action for lack of personal jurisdiction and a motion to transfer the action to the Eastern District of Virginia;

WHEREAS the parties have agreed to dismiss the Delaware action and proceed instead in the Virginia action;

IT IS HEREBY STIPULATED by the parties that this action in Delaware is hereby dismissed: (1) with prejudice to the extent that it will not be re-filed in Delaware; and (2) without prejudice with respect to its proceeding in Virginia.

| | |
|---|---|
| Dated: October 6, 2005 | Dated: October 6, 2005 |
| MORRIS, NICHOLS, ARSHT & TUNNELL | MORRIS JAMES HITCHENS & WILLIAMS |
| _____*/s/ Mary B. Graham*_____ | _____*/s/ Mary B. Matterer*_____ |
| Mary B. Graham (#2256) | Mary B. Matterer (#2696) |
| James W. Parrett, Jr. (#4292) | 222 Delaware Avenue, 10th Floor |
| 1201 N. Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | 302.888.6800 |
| Wilmington, DE 19899-1347 | mmatterer@morrisjames.com |
| 302.575.7287 | |
| mgraham@mnat.com | Of Counsel: |
| | William A. Rakoczy |
| *Attorneys for Plaintiff* | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
| *Merck & Co., Inc.* | 6 West Hubbard Street, Suite 500 |
| | Chicago, Illinois 60610 |
| | 312.222.6301 |
| | wrakoczy@rmmslegal.com |
| | |
| | *Attorney for Defendant* |
| | *Cobalt Pharmaceuticals Inc.* |

SO ORDERED this _____ day of _____, 2005.

                                                _____
                                                U.S.D.J.