IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MERCK & CO., INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-366 (JJF) |
| COBALT PHARMACEUTICALS, INC., | ) ) ) | |
| Defendant. | ) ) ) ) | |

## STIPULATION OF DISMISSAL

WHEREAS Merck & Co., Inc. filed the Complaint in this action on June 6, 2005 against Cobalt Pharmaceuticals, Inc. ("Cobalt");

WHEREAS Merck also filed a substantially-identical complaint against Cobalt in the Eastern District of Virginia, C.A. No. 05-675;

WHEREAS Cobalt has filed a motion to dismiss this Delaware action for lack of personal jurisdiction and a motion to transfer the action to the Eastern District of Virginia;

WHEREAS the parties have agreed to dismiss the Delaware action and proceed instead in the Virginia action;

IT IS HEREBY STIPULATED by the parties that this action in Delaware is hereby dismissed: (1) with prejudice to the extent that it will not be re-filed in Delaware; and (2) without prejudice with respect to its proceeding in Virginia.

Dated: October 6, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

  /s/ Mary B. Graham
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302.575.7287
mgraham@mnat.com

*Attorneys for Plaintiff*
*Merck & Co., Inc.*

Dated: October 6, 2005

MORRIS JAMES HITCHENS & WILLIAMS

  /s/ Mary B. Matterer
Mary B. Matterer (#2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
302.888.6800
mmatterer@morrisjames.com

Of Counsel:
William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
312.222.6301
wrakoczy@rmmslegal.com

*Attorney for Defendant*
*Cobalt Pharmaceuticals Inc.*

SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.